IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02683-BNB

TAD DIXON,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT,

    Defendant.

## ORDER OF DISMISSAL

At the time Plaintiff, Tad Dixon, initiated the instant action, he was detained at the Denver County Jail in Denver, Colorado.  Mr. Dixon submitted a notice to the Court on February 27, 2013, indicating that he no longer is held at the Denver County Jail and now resides in Thornton, Colorado.

In an order entered on March 1, 2013, Magistrate Judge Boyd N. Boland instructed Mr. Dixon that because he no longer is detained he is obligated to pay the filing fee like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status.  *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996).

Magistrate Judge Boland ordered Mr. Dixon either to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or in the alternative to

pay the $350.00 filing fee in full if he desired to pursue his claims in this action. Mr. Dixon was warned that the action would be dismissed without further notice if he failed to comply with the March 1, 2013 Order within the time allowed.

Mr. Dixon has failed to communicate with the Court since the March 1 Order, and as a result he has failed to comply with the requirements of that Order within the time allowed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Dixon files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed for failure to comply with the March 1, 2013 Order within the time allowed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  4th  day of      April           , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court